IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE F. HUDSON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:05CV4-M |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the defendant's unopposed Motion For Leave to File Defendants' Stipulation, filed on 31 May 2005 (Doc. # 20), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 20th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE